UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MELVIN HIGGINS )
)
        Appellant, )
)
v. ) **JUDGMENT**
)
) No. 5:20-CV-156-FL
JOHN F. LOGAN, )
        Appellee. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 1, 2021, that the judgment of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on March 1, 2021, and Copies To:**

Elizabeth Brooks Scherer (via CM/ECF Notice of Electronic Filing)
Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)
Stephen Troy Staley / Michael Brandon Burnett (via CM/ECF Notice of Electronic Filing)

March 1, 2021                     PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk